UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 24-06155-MWF (SKx)**                                     Date: June 13, 2025

Title       ***Ding Wang v. Patrick Thims et al.***

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS):** ORDER TO SHOW CAUSE

On November 7, 2024, the Court issued the Order Granting in Part Plaintiff's Motion for Alternative Service and/or Extension of Time to Serve Defendant. (Docket No. 12). The Court denied Plaintiff's request to authorize alternative service via email but granted an extension of time to effectuate service until December 7, 2024. Plaintiff has not served Defendant or filed any further motion for alternative service since that time. (*See generally* Docket).

Plaintiff is now **ORDERED TO SHOW CAUSE** ("OSC"), in writing, by no later than **June 30, 2025**, why this action should not be dismissed for failure to prosecute under Federal Rule 41(b). *See Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962) ("[A] District Court may dismiss a complaint for failure to prosecute[.]"). Alternatively, Plaintiff may discharge the OSC by filing a Proof of Service upon Defendant or a Motion for Alternative Service

Plaintiff is warned that failure to respond to the OSC by **June 30, 2025**, will result in dismissal of this action. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-06155-MWF (SKx)**                                        Date: June 13, 2025

Title          ***Ding Wang v. Patrick Thims et al.***

      The Court notes that Plaintiff does not have a lawyer. Parties in court without a lawyer are called "pro se litigants."  These parties often face special challenges in federal court.  Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012.  Pro se litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.